IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CR211 |
| v. ) | |
| ) | ORDER |
| MAURICE L. COLEMAN SR., ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that the attached invoice in the amount of $306.60 for preparation of a transcript of the motions proceedings held on September 27, 2007, November 8, 2007, and November 30, 2007, shall be paid out of the Federal Practice Fund.

DATED this 13th day of December, 2007.

BY THE COURT:


**s/ Joseph F. Bataillon**
Chief United States District Judge