IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR211 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MAURICE L. COLEMAN SR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's third motion to dismiss, Filing No. 42. Defendant's motion is based on his review of transcripts of earlier hearings in this case.[1] In connection with its ruling on Coleman's second motion to dismiss, the court thoroughly reviewed the record, including the transcripts of earlier hearings. Coleman raises no new arguments in support of his motion to dismiss. The court finds no illegal acts or malfeasance in the proceedings. Accordingly, for the reasons set forth in the court's earlier order, Filing No. 40, the court finds defendant's motion should be denied.

IT IS ORDERED that defendant's third motion to dismiss (Filing No. 42) is denied.

DATED this 18th day of December, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

[1] Defendant argues, among other things, that government statements at the hearing on September 27, 2007, "are [a] clear admission of letting the Speedy trial deadline pass." Filing No. 42 at 9. To the contrary, the government's comments refer to the motion deadline, noting no objection to the defendant's motion for leave to file a motion to suppress out of time. See Filing No. 38, Transcript ("Tr.") at 16.