IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR211 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MAURICE L. COLEMAN, SR., | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order entered on this same day,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Vacate under 28 U.S.C. § 2255 (Filing No. 101) filed by the defendant, Maurice L. Coleman, Sr., is dismissed with prejudice.

DATED this 30th day of March, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge